In the Matter of the Claim of KATHRYN SLEATOR, Respondent, against NATIONAL CITY BANK et al.; Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 26, 1955; decided July 8, 1955.

*F. Walter Bliss* for appellants.

*Jacob K. Javits, Attorney-General (Harry Pastor, Henry S. Manley* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and BURKE, JJ. VAN VOORHIS, J., dissents and votes to reverse and to dismiss the claim on the ground that there is no substantial evidence to support the award.